In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-13-00233-CV
_____


IN THE INTEREST OF M.S., B.R., E.R., O.R., AND A.E.R.

On Appeal from the 418th District Court
Montgomery County, Texas
Trial Cause No. 13-04-04123 CV

## MEMORANDUM OPINION

The appellants filed a notice of appeal from temporary orders in a suit affecting the parent-child relationship. We notified the parties that the notice of appeal did not identify a judgment or appealable order. We instructed the parties to identify the judgment or order being appealed, and warned that the appeal would be subject to dismissal if they failed to file a response by June 21, 2013. No response has been filed.

Generally, an appeal may be taken only from a final judgment. *Lehmann v. Har–Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). Temporary orders in suit

affecting the parent-child relationship "are not subject to interlocutory appeal." Tex. Fam. Code Ann. § 105.001 (West 2008). The appellants have not shown that a statute authorizes an appeal at this time. Furthermore, the appellants did not file a response within the time set by the Court. *See* Tex. R. App. P. 42.3. We dismiss the appeal. *Id.*

APPEAL DISMISSED.

_____
HOLLIS HORTON
Justice

Opinion Delivered July 11, 2013
Before McKeithen, C.J., Kreger and Horton, JJ.